## People of the State of Illinois, Defendant in Error, v. Paul Siex, Plaintiff in Error.

### Gen. No. 9,724.

.Heard in this court at October term, 1941; opinion filed January 14, 1942. Arthur G. Harris and Mark C. Keller, for plaintiff in error; L. L. Winn, State's Attorney, for defendant in error. Opinion by PRESIDING JUSTICE HUFFMAN. ''Not to be published in full.''